HLD-010                                                          **NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 25-3557
_____

IN RE: EDDY ALEXANDRE,
                                                                     Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the Middle District of Pennsylvania
(Related to M.D. Pa. Civ. No. 1:24-cv-02123)

_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
January 22, 2026
Before: CHAGARES, *Chief Judge,* HARDIMAN and SCIRICA, *Circuit Judges*

(Opinion filed: March 3, 2026)
_____

OPINION[*]
_____

PER CURIAM

Eddy Alexandre has filed a petition for a writ of mandamus seeking an order

directing the District Court to rule on his habeas petition. After Alexandre filed his

mandamus petition, the District Court ruled on his habeas petition by dismissing it on

February 2, 2026. Thus, because Alexandre has received all the relief he requested, his

_____

[*] This disposition is not an opinion of the full Court and pursuant to I.O.P. 5.7 does not
constitute binding precedent.

petition is moot and we will dismiss it on that basis. *See Blanciak v. Allegheny Ludlum Corp.*, 77 F.3d 690, 698-99 (3d Cir. 1996).